**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No.: 19-06603-RCT
Andrea Chemein Ewing-Watson
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO**
**COURT OF COMPLETION**
**OF PAYMENTS UNDER CONFIRMED**
**CHAPTER 13 PLAN AND DEBTOR'S COMPLIANCE**
**WITH COURT'S ORDER TO FILE THE DOMESTIC SUPPORT**
**CERTIFICATION INCLUDING STATEMENT REGARDING 11 U.S.C. § 522 (q)**

Kelly Remick, Chapter 13 Standing Trustee, hereby submits her notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) may be entitled to their Discharge if all other requirements have been met.

Dated September 17, 2024.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 89948
Tampa, FL 33689-0416
Phone (813) 658-1165
Fax (813) 658-1166

KR/dmt

Copies to:
Andrea Chemein Ewing-Watson
625 Fairmont Street
Clearwater, FL 33755


Weller Legal Group, Inc.
25400 US Highway 19 North, Suite 150
Clearwater, FL 33763